DOMINIC F. SURACE, Respondent, *v.* PFAUDLER COMPANY, Appellant.

Argued April 10, 1946; decided May 29, 1946.

*Casper V. Baltensperger, Patrick S. Mason* and *Bernard Katzen* for appellant.

*Frank D. Pappalardo* for respondent.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.